# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
H DIV.

2009 APR 20 AM 9: 21

CLERK
SO. DIST. OF GA.

QUEEN E. PARKER, *as*
*administrator for the estate of Carey*
*Lee Parker, Jr.*,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV408-210

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

no objections have been filed. Accordingly, the Report and

Recommendation of the Magistrate Judge is adopted as the opinion of the

Court.

**SO ORDERED** this _20_ day of _April_, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA